IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:05-2734-HMH-BHH |
| | ) | |
| vs. | ) | **REVISED OPINION & ORDER** |
| | ) | |
| Robert Barnwell Clarkson, individually | ) | |
| and d/b/a The Patriot Network, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on appeal of United States Magistrate Judge Bruce H. Hendricks' Order filed August 2, 2006, in which Magistrate Judge Hendricks denied Robert Barnwell Clarkson's ("Clarkson") motion to reconsider the December 21, 2005, order requiring The Patriot Network to obtain counsel within 20 days of the date of that order. See 28 U.S.C. § 636(b)(1)(A) (West Supp. 2006). Magistrate Judge Hendricks ordered The Patriot Network to obtain counsel because Clarkson alleged that The Patriot Network was a separate entity requiring separate service of process. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). Moreover, Clarkson alleged that he was resigning as president of The Patriot Network and would assist in electing a new president. (Special Appearance ¶ 2.) Further, Clarkson submits that The Patriot Network is a non-profit political association.

After The Patriot Network was ordered to obtain counsel, Clarkson changed his position and now argues that The Patriot Network is his alter ego, which is not separate from

1

himself.  Therefore, he argues that The Patriot Network does not need separate counsel.

Clarkson argues that The Patriot Network "has no separate existence except for the living

individual Robert Clarkson." (Mot. New Trial 2.)  Further, Clarkson submits that The

Patriot Network "has no bank account, other officers, no structure nor anything to represent

except Clarkson." (Id. 2-3.)

Although Clarkson has argued inconsistent positions, the court finds that The Patriot

Network is not a separate entity from Clarkson.  Therefore, the court vacates Magistrate

Judge Hendricks' order requiring The Patriot Network to obtain separate counsel.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 23, 2006